UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MAX BIRMINGHAM,

        Plaintiff,

v.

DANA NESSEL,

        Defendant.

_____/

Case No. 1:20-cv-497

Hon. Janet T. Neff

**ORDER OF DISMISSAL**

Plaintiff submitted his complaint in this action to the Court's facility in Lansing. Because that facility was closed as part of the Court's response to Covid-19, plaintiff submitted an identical complaint to the Court's facility in Grand Rapids, where it was filed as case no. 1:20-cv-329 on April 17, 2020. The original complaint submitted to the Court's facility in Lansing was erroneously filed as case no. 1:20-cv-497 on June 2, 2020. This matter is now before the Court on plaintiff's motion to consolidate the two cases and to refund the $400.00 filing fee for the erroneously filed case (ECF No. 4). Because the two cases are identical, and plaintiff's claims are being litigated in case no. 1:20-cv-329, the Court construes the motion as one to dismiss the present case as a duplicative and erroneous filing. Accordingly,

**IT IS ORDERED** that plaintiff's motion (ECF No. 4) is **GRANTED**, that this case is **DISMISSED**, and that the Clerk's Office **REFUND** plaintiff's $400.00 filing fee.

Date: July 7, 2020

/s/ Janet T. Neff
Janet T. Neff
United States District Judge